JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA NEGRETTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 08-0737 RNB<br><br><br>**J U D G M E N T** |

Pursuant to the Order Reversing Decision of Commissioner and Remanding for the Payment of Benefits filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for the payment of benefits.

DATED: July 21, 2009

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE